FILED

2006 NOV -1 P 4:08

CLERK US DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

Case No. 3:01-cr-211-J-20TEM

RICHARD LEON WRIGHT
_________________________________/

**SUPERVISED RELEASE REVOCATION**
**and**
**JUDGMENT AND COMMITMENT**

On November 1, 2006, Julie H. Savell, Assistant United States Attorney, and the Defendant, RICHARD LEON WRIGHT, appeared in person and with his counsel, Lynn Palmer Bailey, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 41, filed April 6, 2006).

The Defendant, having heretofore been convicted on March 1, 2002, in Case No. 3:01-cr-211-J-20TEM, of offense charged, to wit: Distribution of five grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term 70 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 41, filed April 6, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eight (8) months.**

3. Upon release from confinement, the Defendant shall be on supervised release for a term of **four (4) years**, under the standard conditions of release, and the following special conditions:

a. The defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

b. The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

4. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of November, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Julie H. Savell, Esq.
Lynn Palmer Bailey, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office