AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2007 SEP 11  AM 11: 49

CLERK, U.S. DISTRICT COURT
JACKSONVILLE, FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| | CASE NUMBER: 3:01-cr-211-J-20TEM |
| | USM NUMBER: 29536-018 |
| v. | |
| RICHARD LEON WRIGHT | Defendant's Attorney: James H. Burke, Jr. (pda) |

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge number(s) ___Two___ of the term of supervision.

___X___ was found in violation of charge number(s) ___One___ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Sale of cocaine. | May 22, 2007 |
| Two | Positive urinalysis for cocaine. | July 21, 2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: September 11, 2007

/s/ Harvey E. Schlesinger

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: September 11, 2007

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | RICHARD LEON WRIGHT | Judgment - Page 2 of 2 |
| Case No.: | 3:01-cr-211-J-20TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months, to run consecutive to any sentence imposed in Case No. 07-001087CF, St. Johns County, Florida.**

__X__  The Court makes the following recommendations to the Bureau of Prisons:
**FCI Coleman, and if Coleman is unavailable, FCI Jesup.**

__X__  The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL